IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**ROBERT TODD PECKHAM,**

**Plaintiff/Counterclaim-Defendant,**

v.

**METAL MANAGEMENT, INC., d/b/a
SIMS METAL MANAGEMENT, a Delaware
Corporation ("SMM") (incorrectly sued as
SIMS METAL MANAGEMENT, INC.),**

**Defendant/Counterclaim-Plaintiff,**

v.

**TWIN RIVERS TRUCKING, INC. and
MIGHTY RIVER RECYCLING, LLC,**

**Third-Party Defendants**                                                      No. 10-183-DRH

## ORDER

**HERNDON, Chief Judge:**

Before the Court is an Agreed Stipulation of Dismissal (Doc. 50) filed by Plaintiff/Counterclaim-Defendant Robert Todd Peckham, Defendant/Counterclaim-Plaintiff, Metal Management, Inc., d/b/a Sims Metal Management, and Third-Party Defendants Twin Rivers Trucking, Inc. and Mighty River Recycling, LLC. Specifically, the parties stipulate to the dismissal of this matter with prejudice, with each party to bear their own costs and attorneys' fees, as the parties have reached an agreement as to the issues presented in this matter. Therefore, the Court **ACKNOWLEDGES** the stipulation (Doc. 50) and **DISMISSES with prejudice**, with each party to bear their own costs and attorneys' fees, the above captioned matter.

The Clerk to enter judgment accordingly.

**IT IS SO ORDERED.**

Signed this 30th day of July, 2010.

/s/     DavidRHerndon

**Chief Judge
United States District Court**