IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

ROBERT TODD PECKHAM,

Plaintiff/Counterclaim-Defendant,

v.

METAL MANAGEMENT, INC., d/b/a
SIMS METAL MANAGEMENT, a Delaware
Corporation ("SMM") (incorrectly sued as
SIMS METAL MANAGEMENT, INC.),

Defendant/Counterclaim-Plaintiff,

v.

TWIN RIVERS TRUCKING, INC. and
MIGHTY RIVER RECYCLING, LLC,

Third-Party Defendants.                                  No. 10-183-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order entered by this Court on July 30, 2010, this case is **DISMISSED** with prejudice. Each party shall bear their own costs.

NANCY J. ROSENSTENGEL,
CLERK OF COURT


BY:       /s/*Sandy Pannier*
                    **Deputy Clerk**

Dated: August 3, 2010


APPROVED: /s/  *David R Herndon*
          CHIEF JUDGE
          U. S. DISTRICT COURT